No. 72–1302.  EDELMAN, DIRECTOR, DEPARTMENT OF PUBLIC AID OF ILLINOIS *v.* TOWNSEND ET AL.  Appeal from D. C. N. D. Ill.  Motions of appellees Alexander

and Hucher for leave to proceed *in forma pauperis* granted. Judgment vacated and case remanded so that District Court may enter a fresh judgment from which a timely appeal may be taken to the Court of Appeals.